# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG D. HARTER, AN INDIVIDUAL,
Petitioner,
vs.
STATE BAR OF NEVADA,
Respondent.

No. 61833

FILED

MAR 10 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus seeks to vacate the order denying petitioner's application for admission to practice law in this state and entry of an order admitting him to same. Petitioner asserts that adjustments by the board of bar examiners to his score on the Multistate Bar Examination caused him to incorrectly receive a failing score on the bar examination.

SCR 70 provides that "[t]here shall be no right of appeal or review as to the [bar] examination or its results." We conclude that this petition is barred by the express terms of SCR 70. Additionally, we are

not persuaded that an exception to SCR 70 is warranted in this instance. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Alan R. Harter
State Bar of Nevada/Las Vegas